ACCEPTED
03-15-00464-CV
8415066
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 4:24:01 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00464-CV

## IN THE COURT OF APPEALS

## FOR THE

## THIRD SUPREME JUDICIAL DISTRICT

## AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 4:24:01 PM
JEFFREY D. KYLE
Clerk

VICTORY CHEVAL HOLDINGS, LLC, GARRETT JENNINGS
AND CASTLE CROWN MANAGEMENT, LLC,

Appellants

v.

DENNIS ANTOLIK, VICTOR ANTOLIK
and CHEVAL MANOR, INC.,

Appellees

## MOTION TO DISMISS APPEAL AND
## TO DISMISS MOTIONS FOR CONTEMPT

TO THE HONORABLE COURT OF APPEALS:

Appellants and Appellees submit this Motion to Dismiss Appeal and to Dismiss Motions for Contempt as follows:

1.     Appellants and Appellees are this day dismissing with prejudice their respective claims and counterclaims against each other in the underlying District Court proceeding.

2.     Appellants wish to dismiss their appeal of the temporary injunction entered in the District Court. Appellees have no opposition.

3.     Appellants and Appellees wish to dismiss their pending Motions for Contempt of the Temporary Injunction.

WHEREFORE, Appellants and Appellees respectfully pray that the Court enter an order dismissing this appeal and the pending motions for contempt with all parties to bear their own costs of court.

Respectfully submitted,

/s/ Kemp Gorthey
Kemp W. Gorthey
State Bar No. 08221275
Kendall L. Bryant
State Bar No. 24058660
THE GORTHEY LAW FIRM
604 West 12th Street
Austin, Texas 78701
Tele: 512/236-8007
Fax: 512/479-6417
Email: kemp@gortheylaw.com
Email: kendall@gortheylaw.com
ATTORNEY FOR APPELLANTS,
GARRETT JENNINGS and
CASTLE CROWN PROPERTIES
MANAGEMENT, LLC

and

/s/ Peyton Smith
PEYTON N. SMITH
Attorney in Charge
State Bar #: 18664350
Eric Moskowitz
State Bar #: 24089904
Brian L. King
State Bar #24055776
**REED & SCARDINO LLP**
301 Congress Avenue, Suite 1250
Austin, Texas 78701

2

Tel: 512/474-2449
Fax: 512/474-2622
psmith@reedscardino.com
emoskowitdz@reedscardino.com
bking@reedscardino.com
ATTORNEYS FOR APPELLANT,
VICTORY CHEVAL HOLDINGS,
LLC

TAUBE SUMMERS HARRISON
TAYLOR MEINZER BROWN LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 472-5997
Facsimile: (512) 472-5248

By: _____

Mark C. Taylor
Texas Bar No. 19713225
(mtaylor@taubesummers.com)
Cleveland R. Burke
Texas Bar No. 24064975
cburke@taubesummers.com
ATTORNEYS FOR APPELLEES,
DENNIS ANTOLIK and CHEVAL
MANOR, INC.

JACK BACON
State Bar No. 01494400
3839 Bee Caves Rd., Ste. 100
Austin, Texas 78746
Tele: 512/914-8619
Fax: 512/480-8170
Email: HOTBACON@MAC.COM
ATTORNEY FOR APPELLEE,
VICTOR ANTOLIK

3